*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 17, 2015                    520554
_____

In the Matter of CRAIG JACKSON,
                    Petitioner,

        v

ALBERT PRACK, as Director of          MEMORANDUM AND JUDGMENT
    Special Housing and Inmate
    Disciplinary Programs,
    et al.,
                    Respondents.
_____

Calendar Date:  August 10, 2015

Before:  McCarthy, J.P., Garry, Rose and Devine, JJ.

                    _____

        Craig Johnson, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a tier III prison disciplinary determination.  The
Attorney General has advised this Court that the determination
has been administratively reversed, all references thereto have
been expunged from petitioner's institutional record and the
mandatory $5 surcharge has been refunded to petitioner's inmate
account.  In view of this, and given that petitioner has received
all of the relief to which he is entitled, the proceeding is

dismissed as moot (see Matter of Williams v Annucci, 129 AD3d 1427, 1427 [2015]).

McCarthy, J.P., Garry, Rose and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court